THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* FRANK FRANKEL, Respondent.

(Argued April 26, 1934; decided May 22, 1934.)

*Elvin N. Edwards, District Attorney (Martin W. Little-ton, Jr.,* of counsel), for appellant.

*John J. Curtin, David B. Tolins* and *Winfield S. Palmer* for respondent.

Orders affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.